# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

In the Matter of:

CLIFFORD C REESE,            Case No. 08-21546-DSO
                                                    Chapter 7
                                                    HON. Daniel S. Opperman

                Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

       The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Barry George<br>816 Wacherly Ste 2<br>Midland, MI 48640 | 4 | $0.25 |
| **Total:** | | **$0.25** |

Dated: May 9, 2011                                      */s/ Karen E. Evangelista (P36144)*
                                                                 Karen E Evangelista, Trustee
                                                                  439 S. Main St., Suite 250
                                                                  Rochester, MI 48307
                                                                  (248) 652-7992
                                                                  brewera1008@yahoo.com