# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

In the Matter of:

CLIFFORD C REESE,                      Case No. 08-21546-DSO
                                                        Chapter 7
                                                        HON. Daniel S. Opperman

                  Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Capital Crossing Bank; Att:Michele Pergola<br>101 Summer St.<br>Boston, MA 02110 | 1 | $6,633.03 |
| **Total:** |  | **$6,633.03** |

Dated: August 9, 2011                     */s/ Karen E. Evangelista (P36144)*
                                                   Karen E Evangelista, Trustee
                                                   439 S. Main St., Suite 250
                                                   Rochester, MI 48307
                                                   (248) 652-7992
                                                   brewera1008@yahoo.com